IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL PEKOL<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CSL BEHRING<br><br>　　　　Defendant. | CIVIL ACTION NO. 21-4404 |

# ORDER

**AND NOW,** this 24th day of July 2023, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 14], and the opposition thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and summary judgment is **ENTERED** in favor of Defendant CSL Behring and against Plaintiff Daniel Pekol. It is further **ORDERED** that the Clerk is directed to **CLOSE** the case.

　　　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**