# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL PEKOL,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | NO. 21-4404 |
| **CSL BEHRING,** | : | |
| Defendant. | : | |

## JUDGMENT

**AND NOW**, this 28th day of February, 2025, judgment is hereby entered in favor of Defendant CSL Behring in the amount of $1,100.10.

GEORGE WYLESOL
Clerk of Court


By:   */s/ Sharon A. Hall-Moore*
        Deputy Clerk
